IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

JESSICA PECHTEL,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:24-00365

WARDEN CUTRIGHT, FPC Alderson,

    Defendant.

## MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  Magistrate Judge Tinsley submitted to the court his Findings and Recommendation ("PF&R") on September 5, 2024, in which he recommended that the district court deny plaintiff's petition under 28 U.S.C. § 2241 as moot, deny her Application to Proceed Without Prepayment of Fees and Costs as moot, dismiss this civil action, and remove this matter from the court's docket.

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge Tinsley's Findings and Recommendation.  The failure of any party to file such objections constitutes a waiver of such party's

right to a de novo review by this court.  Snyder v. Ridenour,
889 F.2d 1363 (4th Cir. 1989).

The parties failed to file any objections to the
Magistrate Judge's Findings and Recommendation within the
seventeen-day period.  Having reviewed the Findings and
Recommendation filed by Magistrate Judge Tinsley, the court
adopts the findings and recommendations contained therein.
Accordingly, the court hereby **DENIES** plaintiff's petition under
28 U.S.C. § 2241 as moot, **DENIES** her Application to Proceed
Without Prepayment of Fees and Costs as moot, **DISMISSES** this
civil action, and directs the Clerk to remove this case from the
court's active docket.

Additionally, the court has considered whether to grant a
certificate of appealability.  See 28 U.S.C. § 2253(c).  A
certificate will not be granted unless there is "a substantial
showing of the denial of a constitutional right."  28 U.S.C. §
2253(c)(2).  The standard is satisfied only upon a showing that
reasonable jurists would find that any assessment of the
constitutional claims by this court is debatable or wrong and
that any dispositive procedural ruling is likewise debatable.
Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v.
McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676,
683-84 (4th Cir. 2001).  The court concludes that the governing

standard is not satisfied in this instance.  Accordingly, the court **DENIES** a certificate of appealability.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff and counsel of record.

**IT IS SO ORDERED** this 19th day of May, 2026.

ENTER:

David A. Faber
Senior United States District Judge

3